IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 MAY 25 PM 3:11

U.S. DISTRICT COURT
N.D. OF ALABAMA

ROGER SHULER,            )
                         )
        Plaintiff,       )
                         )
vs.                      )   CIVIL ACTION NO. 04-AR-0514-S
                         )
G. DAN REEVES,           )
                         )
        Defendant.       )

ENTERED
MAY 25 2004

## MEMORANDUM OPINION

This *pro se* plaintiff, Roger Shuler, is the defendant in a lawsuit in the Shelby County Circuit Court, *McGarity v. Shuler*, wherein state law tort claims of false imprisonment and malicious prosecution have been asserted against him. Shuler removed that case to this court, and this judge has since ordered it remanded to Shelby County. In the action now before the court, Shuler requests injunctive relief against Shelby County Circuit Judge Dan Reeves, who has been assigned the *McGarity* case. Shuler claims that Judge Reeves has made many incorrect legal rulings, and that he is likely to continue to do so. As relief, Shuler requests that this court do the following:

> Issue injunctive relief, pursuant to *Pulliam v. Allen,* 466 U. S. 522 (1984), commanding defendant to recuse himself in order to ensure that an impartial arbiter hears plaintiff's case, guaranteeing plaintiff's constitutional right to due process. Plaintiff also prays this Court to issue injunctive relief commanding defendant to overturn his erroneous rulings listed above and to rule in ways that are consistent with recognized Alabama law. Plaintiff states that he seeks protection of his constitutional rights from an abusive judge who has repeatedly

8

made inappropriate and threatening remarks in open court. Plaintiff states that it is his opinion that Defendant Judge Reeves intends to hold him in contempt and have him arrested if he appears as scheduled on March 15, 2004. Therefore, plaintiff seeks any and all appropriate protective relief from this clearly abusive and corrupt judge.

Shuler has also filed a petition for emergency relief, wherein he asks the court not to allow Judge Reeves to continue proceedings in *McGarity* until the instant action is resolved. It is about to be resolved.

Shuler is unhappy with other Shelby County judges as well as Judge Reeves. His complaint states, "[a]fter seeing a Shelby County district judge grossly misapply Alabama criminal law, Shuler now has seen two Shelby County circuit judges make a travesty of Alabama civil law." It is clear that the plaintiff simply disagrees with judicial rulings in a criminal case in which he was interested, and now disagrees with rulings in a civil case in which he is a defendant. Clearly, there is no basis for this federal court to interfere with Judge Reeves' handling of the state civil action of *McGarity v. Shuler*. Accordingly, the defendant's motion to dismiss is due to be granted. An appropriate order will be entered.

DONE this 25th day of May, 2004.

_____
William M. Acker, Jr.
Senior United States District Judge